# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

FILED
FEB 29 2012
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dmytryck D. Henderson ,

Plaintiff

vs.     Case No. 12-3069

Neil M Williamson
Jack Campbell
Robert Beierman
Tammy Powell
Todd Krueger
Guy Bouvet
Sangamon County Sheriffs Office
County of Sangamon ,

Defendant(s)

The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often

---

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

brought under *42 U.S.C. § 1983 (against state, county, or municipal defendants)* or in a *"Bivens" action (against federal defendants)*. However, *42 U.S.C. § 1983* and *"Bivens"* do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Dmytryck D. Henderson

Prison Identification Number: Sangamon County-69498/IDOC-K95694

Current address: _____

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Robert Beierman

2

Current Job Title: Sangamon County Deputy
Current Work Address: #1 Sheriffs Plaza
Springfield IL. 62701

Defendant #2:

Full Name: Neil M. Williamson
Current Job Title: Sangamon County #1 Sheriff
Current Work Address: #1 Sheriffs Plaza
Springfield IL. 62701

Defendant #3:

Full Name: Jack Campbell
Current Job Title: Sangamon County Chief Deputy
Current Work Address: #1 Sheriffs Plaza
Springfield IL. 62701

Defendant #4:

Full Name: Tammy Powell
Current Job Title: Sangamon County Lt. Deputy
Current Work Address: #1 Sheriffs Plaza
Springfield IL. 62701

Defendant #5:

Full Name: Todd Krueger
Current Job Title: Sangamon County Sgt. Deputy
Current Work Address: #1 Sheriffs Plaza
Springfield IL. 62701

Current Job Title: _____

Current Work Address _____

_____

Defendant #: #6

Full Name: Guy Bouvet

Current Job Title: Sangamon County Deputy Sgt.

Current Work Address: #1 Sheriffs Plaza Springfield IL. 62701

Defendant #: #7

Full Name: Sangamon County Sheriffs Office

Current Job Title: Jail Division

Current Work Address: #1 Sheriffs Plaza Springfield IL. 62701

Defendant #: #8

Full Name: County of Sangamon

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

3

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes ☐        No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐        No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint*

4

*and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _Sangamon County Jail_

Date(s) of the occurrence _July 21st 2011_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

**THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On 7-21-2011 at approx. 5:30pm Deputy Robert Beierman performed an admission procedure strip search for entering general population.

5

This Strip Search was performed in the view of several other detainees. The Conditions of the Strip Search was Unsanitary and egregious.

LT. Tammy Powell, was aware of the Detainees being Strip Searched in groups and the Conditions of the said Strip Searches.

Sgt. Todd Krueger also was aware of the Detainees being Strip Searched in groups and the Conditions of the said Strip Searches.

Sgt. Guy Bouvet was also aware of the Detainees being Strip Searched in groups and the Conditions of the said Strip Searches

#1 Sheriff Neil M. Williamson and Chief Deputy Jack Campbell were aware of the Detainees being Strip Searched in groups and the Conditions of the said Strip Searches.

6

The Officials named herein are aware of the Administrative Code 701-40 sec. F., the U.S. Constitution Amendments 4, 8, & 14.

## RELIEF REQUESTED

*(State what relief you want from the court.)*

I am asking the Court for monetary relief In the amount of 15

**JURY DEMAND**   Yes ☐    No ☐

Signed this 21st day of February, 2012.

*Dmiytryck Henderson*
( *Signature of Plaintiff*)

| Name of Plaintiff: Dmytryck D. Henderson | Inmate Identification Number: Sheriff I.D. # 69498  IDOC I.D. # K95694 |
|---|---|
| Address: #1 Sheriffs Plaza 200 S⸺ 9th Street Springfield IL. 62703 | Telephone Number: N/A |

A-2

# INMATE GRIEVANCE

**INMATE NAME:** Dmytryck Henderson
**SHERIFF I.D. #:** 69498
**CELL BLOCK:** E
**CELL NUMBER:** 6

**Description of Grievance:** I was told to strip naked, bend over and cough while I spread my buttocks in the presence of other inmates/civilians.

What is the policy for this degrading practice? This has happened to me over 15 times!

**Inmate Signature:** Dmytryck Henderson   **Date:** 8-14-11

**Received by C/O:** Johnson   **Date:** 8-16-11

**Step One: Supervisor Response** Sg. Clemont Bount357  8-16-11

**Supervisor Signature:** _____   **Date:** _____

**Step Two: Administration Response** You are going to have to give more information with dates, times when this happened before your grievance can be answered

**Administration Signature:** Sgt Clemons   **Date:** 08-18-11

SCSO Form #357
12/08

Clemons

# INMATE GRIEVANCE

**INMATE NAME:** Dmytryck Henderson
**SHERIFF I.D. #:** 69498
**CELL BLOCK:** L
**CELL NUMBER:** 6

A-2/Follow up

**Description of Grievance:** You asked for more information on the illegal strip search procedure.

Everytime I was housed on the third floor! That information is provided in my booking history.

My question was simply, what is the policy for that "degrading practice"?

**Inmate Signature:** Dmytryck Henderson    **Date:** 8-21-11
**Received by C/O:** Paul Davell    **Date:** 8/21/11

**Step One: Supervisor Response**

**Supervisor Signature:** _____    **Date:** _____

**Step Two: Administration Response** Per ILL COUNTY JAIL STANDARDS SEC 701.40(F) 1. A STRIP SEARCH SHALL BE PERFORMED IN AN AREA THAT ENSURES PRIVACY AND DIGNITY OF THE INDIVIDUAL. THE INDIVIDUAL SHALL NOT BE EXPOSED TO VIEW OF OTHERS WHO ARE NOT SPECIFICALLY INVOLVED IN THE PROCESS. 2. STRIP SEARCHES SHALL BE CONDUCTED BY A PERSON OF THE SAME SEX. 3. ALL PERSONAL CLOTHING SHALL BE CAREFULLY SEARCHED FOR CONTRABAND. 4. THE PROBING OF BODY CAVITIES MAY NOT BE DONE EXCEPT BY A MEDICALLY TRAINED PERSON WHO IS NOT A DETAINEE

**Administration Signature:** Sgt Clemons    **Date:** 08-26-11

SCSO Form #357
12/08

Admin. Investigations Dept.

# INMATE GRIEVANCE

**INMATE NAME:** Dmytryck Henderson #69498
**SHERIFF I.D. #:**
**CELL BLOCK:** E
**CELL NUMBER:** 6

G-2011-11-01

**Description of Grievance:** I am requesting statements from the September 27, 2011 Complaint I filed for litigation purposes.

I also need a copy of the Complaint. Who has policymaking Authority over intake strip searches.

Inmate Signature: Dmytryck Henderson    Date:
Received by C/O:    Date:

**Step One: Supervisor Response**

Fwd Admin

Supervisor Signature: Sgt Smith    Date:

**Step Two: Administration Response**

Set for Hearing

Administration Signature: [signature]    Date: 11-15-11

SCSO Form #357
12/08

*Admin.*

# INMATE GRIEVANCE

**INMATE NAME:** Dmytryck Henderson #69498
**SHERIFF I.D. #:**
**CELL BLOCK:** L
**CELL NUMBER:** 6

G 2011-11-01

**Description of Grievance:**

What are the remedy options for the illegal strip search procedure that was performed on me, on or about 7-21-2011

42 U.S.C. § 1997e(a).

**Inmate Signature:** Dmytryck Henderson    **Date:** 11-10-11
**Received by C/O:** Michlisle    **Date:** 11/10/11

**Step One: Supervisor Response** Forward to Administration

**Supervisor Signature:** ___    **Date:** ___

**Step Two: Administration Response**

**Administration Signature:** ___    **Date:** ___

SCSO Form #357
12/08

J-81K

SANGAMON COUNTY SHERIFF'S DEPARTMENT
CORRECTIONS DIVISION

MEMORANDUM

DATE: 11/18/2011
TO: Inmate Demeteryck Henderson
FROM: Lieutenant S. Loftus
RE: Grievance Hearing (G2011-11-01)

    Today on 11-18-11 at approx. 1215 Hours, a grievance hearing was held in the third floor classroom. Present at the meeting was you (Inmate Dmytryck Henderson), C/O Snider, Lt. Cain and I (Lt. Loftus). Per your two page grievance dated on 11-10-11, you are asking for remedy options for an alleged illegal strip search. This case has been reviewed and investigated by Lt. Brents with I.A Division and a answer was sent to you by Chief Campbell reference this issue. During our hearing today, you stated that you were not happy with Chief Campbell's answer and was just going through the motion to file a lawsuit against the department reference this incident. You also asked how to obtain all interviews and statements which you were told that you must file the correct FOIA paperwork that this hearing committee can not release any documents reference this incident. You were also advised that this issue has already been answered by Chief Campbell and that the hearing committee can not change the decision he issued.

    Your request for documents reference this incident is denied. If there is any further questions you may have reference this hearing, please contact the department using the inmate request or grievance form.

CC: Jail Admin
    Grievance file G2011-11-01

Respectfully Submitted:

*[signature]* 2025

Lieutenant S. Loftus 2025