E-FILED
Friday, 01 May, 2015 01:00:32 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 27, 2015

To:
Kenneth A. Wells
UNITED STATES DISTRICT COURT
Central District of Illinois
United States Courthouse & Federal Building
Springfield , IL 62701-0000

| | |
|---|---|
| No. 14-3763 | DMYTRYCK HENDERSON,<br>Plaintiff - Appellant<br><br>v.<br><br>NEIL WILLIAMSON, Sangamon County Sheriff, et al.,<br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:12-cv-03069-TSH<br>Central District of Illinois<br>Magistrate Judge Thomas P. Schanzle-Haskins ||

The following is before the court:

1. **CHECK IN THE AMOUNT OF $2.00,** received by this court on April 27, 2015. Accordingly,

**IT IS ORDERED** that the clerk of this court endorse and send the CHECK to the clerk of the district court.

form name: **c7_Order_to_endorse**(form ID: **214**)